# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In re: | : BANKRUPTCY CASE |
| | : |
| **CHAN, MATTHEW S.** | : NO. 14-40297 |
| | : |
| Debtor(s) | : CHAPTER 7 |
| | : |

## TRUSTEE'S REPORT OF POSSIBLE ASSETS

**COMES NOW** WALTER W. KELLEY, the Chapter 7 Trustee duly appointed in the above-styled case, and shows as follows:

The Trustee will be pursuing possible assets that may exist in this case. If assets are recovered for the benefit of creditors, a Trustee's Request for Bar and Request for Notice to be sent to all Creditors will be filed. If no assets are recovered, a Report of No Distribution will be filed.

This 19 day of June 2014.

/s/ Walter W. Kelley
**WALTER W. KELLEY**
Chapter 7 Trustee
P.O. Box 70879
Albany, GA 31708
(229) 888-9128

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 14-40297-JTLI
**Case Name:** CHAN, MATTHEW S.
**For Period Ending:** 06/19/2014

**Trustee Name:** (300030) Walter W. Kelley
**Date Filed (f) or Converted (c):** 03/28/2014 (f)
**§ 341(a) Meeting Date:** 04/24/2014
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 106 BARBER ROAD, MARIETTA, GA 30060 (needs repairs) | 50,000.00 | 4,629.00 | | 0.00 | FA |
| 2 | 1032 WINSTON ROAD, COLUMBUS, GA 31903 (JOINT WITH BENJAMIN WEAVER; SURRENDER) | 16,978.50 | 0.00 | | 0.00 | 16,000.00 |
| 3 | 3457 MONTECELLO DRIVE, COLUMBUS, GA 31906 (JOINT WITH BENJAMIN WEAVER; SURRENDER) | 20,446.50 | 0.00 | | 0.00 | 20,000.00 |
| 4 | 1112 CHALBENA AVENUE, COLUMBUS, GA 31907 (JOINT WITH BENJAMIN WEAVER) | 16,250.00 | 0.00 | | 0.00 | 16,000.00 |
| 5 | 1825 PINE VAT J :FY COURT, COLUMBUS, GA (JOINT WITH BENJAMIN WEAVER) | 32,500.00 | 0.00 | | 0.00 | 32,000.00 |
| 6 | 1038 WINSTON ROAD, COLUMBUS, GA 31903 (JOINT WITH BENJAMIN WEAVER; SURRENDER) | 1,855.00 | 1,855.00 | | 0.00 | 1,855.00 |
| 7 | 9 BLEEKER ROAD, PHENIX CITY, AL 36870 (ASSIGNMENT OF BENEFICIAL INTEREST IN TRUST; TENANT HAS A LEASE OPTION TO PURCHASE) | 13,029.00 | 13,029.00 | | 0.00 | 13,029.00 |
| 8 | CHECKING AND SAVINGS ACCOUNTS | 1,636.00 | 0.00 | | 0.00 | FA |
| 9 | COUCH, BED, DRESSER, END TABLES, TABLE, REFRIGERATOR, MICROWAVE, STOVE, WASHER, DRYER, TV, VCR, TV STAND, VACUUM CLEANER, | 3,500.00 | 0.00 | | 0.00 | FA |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 2

Case No.: 14-40297-JTLI
Case Name: CHAN, MATTHEW S.
For Period Ending: 06/19/2014

Trustee Name: (300030) Walter W. Kelley
Date Filed (f) or Converted (c): 03/28/2014 (f)
§ 341(a) Meeting Date: 04/24/2014
Claims Bar Date:

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| 11 | JEWELRY | 50.00 | 0.00 | | 0.00 | FA |
| 12 | BB&T IRA | 9,442.00 | 0.00 | | 0.00 | FA |
| 13 | TIAA CREF | 327.00 | 0.00 | | 0.00 | FA |
| 14 | INTREPID NETWORK CONCEPTS, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | AGUASTONE, LLC; HALF INTEREST ON NOTES RECEIVABLE (SECURED: ORLANDO MARCANO $6,500.00 TO AQUASTONE, LLC AND TWILLA BOOKER $9,500.00 TO AQUASTONE LLC) | 16,000.00 | 16,000.00 | | 0.00 | 16,000.00 |
| 16 | AGUASTONE, LLC; HALF INTEREST IN PERSONAL NOTES (UNSECURED: JACK POTTS $7,800.00 AND ET I7ABETH WEAVER $14,050.00) | 21,850.00 | 21,850.00 | | 0.00 | 21,000.00 |
| 17 | COPYRIGHTS, DOMAIN REGISTRATION AND WEB SITES | 532.00 | 532.00 | | 0.00 | FA |
| 18 | 2006 HONDA ACCORD LX V6 (NEEDS REPAIRS) | 6,500.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case No.:** 14-40297-JTLI
**Case Name:** CHAN, MATTHEW S.
**For Period Ending:** 06/19/2014

**Trustee Name:** (300030) Walter W. Kelley
**Date Filed (f) or Converted (c):** 03/28/2014 (f)
**§ 341(a) Meeting Date:** 04/24/2014
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | TOOLS OF TRADE (2 desktop computers, 2 monitors, 2 scanners, bookselves, plastic organizers, office chairs, tables, parts to computers, microphones, tripods, presentation stands, padded envelopes, camcorder, carmeras, business books and manuals, | 940.00 | 940.00 | | 0.00 | FA |
| 20 | ELIZABETH WEAVER TRANSFER - 1201 Rowell St., Columbus, GA (u) | 16,000.00 | 16,000.00 | | 0.00 | 16,000.00 |
| 21 | ELIZABETH WEAVER TRANSFER - 1106 Vespa Drive, Columbus, GA (u) | 9,900.00 | 9,900.00 | | 0.00 | 9,900.00 |
| 21 | **Assets       Totals**   (Excluding unknown values) | **$238,136.00** | **$84,735.00** | | **$0.00** | **$161,784.00** |

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Page: 4

Case No.: 14-40297-JTLI
Case Name: CHAN, MATTHEW S.

For Period Ending: 06/19/2014

Trustee Name: (300030) Walter W. Kelley
Date Filed (f) or Converted (c): 03/28/2014 (f)
§ 341(a) Meeting Date: 04/24/2014
Claims Bar Date:

**Major Activities Affecting Case Closing:**

2. 1032 Winston Road, Columbus, GA: verify note/security agreement/dsd are in proper form. An individual, Ms. Slaughter, is the mortgagee.

3. 3457 Montecello Drive, Columbus, GA: verify note/security agreement/dsd are in proper form. An individual, Ms. Slaughter, is the mortgagee.

4. 1112 Chalbena Ave., Columbus, GA: verify note/security agreement/dsd are in proper form. An individual, Ms. Chan (mother of debtor), is the mortgagee.

5. 1825 Pine Vat J, Columbus, GA. verify note/security agreement/dsd are in proper form. An individual, Ms. Chan, (mother of debtor), is the mortgagee.

6. 1038 Winston Road, Columbus, GA: No debt scheduled. Verify value and that lot is owned w/Mr. B. Weaver.

15. Aquastone, LLC; verify this LLC is owed 50% of notes receivable from Orlando Marcano for $6,500 and from Ms. Booker for $9,500. Ask Bill Arey for contact information to receive monthly payments.

16. Aquastone, LLC: 1/2 interest in notes due from Mr. Potts $7,800 and Ms. Weaver $14,050. Contact Bill Arey for contact information and copies of underlying loan documents including notes referred to in petition.

19. TRANSFER to Elizabeth Weaver 1/1/13 of r/e at 1201 Rowell Street, Columbus, GA. Possible equity $16,000.

20 TRANSFER to Elizabeth Weaver 1106 Vesper Drive, Columbus, GA. Possible equity $9,900.

Initial Projected Date Of Final Report (TFR): 04/24/2016

06/19/2014
Date

Current Projected Date Of Final Report (TFR): 04/24/2016

/s/ Walter W. Kelley
Walter W. Kelley