IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

In re:                                : BANKRUPTCY CASE
                                      :
CHAN, MATTHEW S.                      : NO. 14-40297
                                      :
         Debtor(s)                    : CHAPTER 7
                                      :

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF PROFESSIONALS

COMES NOW Walter W. Kelley and respectfully represents:

-1-

Applicant WALTER W. KELLEY heretofore has been appointed Trustee in the above-captioned case and has qualified and is now acting as such Trustee.

-2-

Applicant wishes to employ the law firm of Kelley, Lovett, & Blakey, P.C. as attorney for the Trustee. The law firm of Kelley, Lovett, & Blakey, P.C. is comprised of Walter W. Kelley, Thomas D. Lovett, F. Anthony Blakey, Charles F. Farrell, Jr., Shanna C. Aderhold and David S. Ballard who are admitted to practice in this Court.

-3-

The professional services which Kelley, Lovett, & Blakey, P.C. may provide in this case include, but are not limited to the following in their representation of the Trustee:

(a)  To examine and avoid transfers of property and other possible causes of action pursuant to 11 U.S.C. §544, §547, §548, §549 and/or 550 or under any other state or federal law that may be applicable in this case;

(b)  To assist the Trustee in his investigation of the financial affairs of the Debtor(s), investigate possible liquidation of property and investigate all other matters, actions or other interests of the Trustee in administering this case, including but not limited to those assets, causes of action or the areas of interest to the Trustee identified in the attached Form 1;

(c)  To provide legal assistance to the Trustee in performing his duties in connection with this case, including all duties and obligations of the Trustee as set forth at 11 U.S.C. 704 and all requirements established by the United States Trustee.

-4-

Kelley, Lovett, & Blakey, P.C. has agreed to represent the Trustee on the following terms:

a) Unless the attorneys exercise their option described below, the compensation for this employment is to be on a contingent fee basis equal to 33-1/3% of the total or gross amount of funds or

value of property recovered for the benefit of the estate plus reimbursement of reasonable out-of-pocket expenses incurred. However, if a notice of appeal is filed by any opposing party to any action or claim brought by the Trustee, then the contingent fee amount will increase to 40% of the total funds or value of property recovered plus reasonable out-of-pocket expenses. To the best of applicant's knowledge, at this time, there are no funds held by the Trustee to pay an attorney and a contingent fee arrangement is appropriate under 11 U.S.C. §328(a).

b) The attorneys reserve the right (at their option) to request fees on an hourly rate. This right may be exercised at the time an application for compensation is made by requesting fees on an hourly basis. The attorneys may request hourly compensation for reasons which may include, but are not limited to the following examples: The Trustee withdraws or his appointment terminates, the case converts to another chapter, creditor's claims are not filed, creditor's claims are disallowed, or the legal representation involves work that is not for the purpose of recovering funds for the benefit of the estate (i.e., representing the Trustee in a discharge objection or revocation). If an hourly rate fee is requested, the hourly rates which will apply to the attorneys and staff members of the attorneys' firm will be requested in the application.

-5-

Applicant has selected the law firm of Kelley, Lovett, & Blakey, P.C. for the reason that the firm has considerable experience in representing the Trustee in chapter 7 cases and the Trustee believes that the law firm of Kelley, Lovett, & Blakey, P.C. is qualified to represent him in this proceeding.

-6-

To the best of applicant's knowledge, said professionals represent no other entity in connection with this case, is a disinterested person as that term is defined in 11 U.S.C. §101(14) and does not represent or hold any interest adverse to the estate.

**WHEREFORE**, applicant prays that he be authorized to employ the law firm of Kelley, Lovett, & Blakey, P.C., to represent him in this case on the terms described above and for such other and further relief as is just and fair.

Respectfully submitted,

/s/ Walter W. Kelley
**WALTER W. KELLEY, TRUSTEE**
Chapter 7 Trustee
P.O. Box 70879
Albany, GA 31708
(229) 888-9128

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 14-40297-JTLI
**Case Name:** CHAN, MATTHEW S.

**For Period Ending:** 06/19/2014

**Trustee Name:** (300030) Walter W. Kelley
**Date Filed (f) or Converted (c):** 03/28/2014 (f)
**§ 341(a) Meeting Date:** 04/24/2014
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 106 BARBER ROAD, MARIETTA, GA 30060 (needs repairs) | 50,000.00 | 4,629.00 | | 0.00 | FA |
| 2 | 1032 WINSTON ROAD, COLUMBUS, GA 31903 (JOINT WITH BENJAMIN WEAVER; SURRENDER) | 16,978.50 | 0.00 | | 0.00 | 16,000.00 |
| 3 | 3457 MONTECELLO DRIVE, COLUMBUS, GA 31906 (JOINT WITH BENJAMIN WEAVER; SURRENDER) | 20,446.50 | 0.00 | | 0.00 | 20,000.00 |
| 4 | 1112 CHALBENA AVENUE, COLUMBUS, GA 31907 (JOINT WITH BENJAMIN WEAVER) | 16,250.00 | 0.00 | | 0.00 | 16,000.00 |
| 5 | 1825 PINE VAT J :FY COURT, COLUMBUS, GA (JOINT WITH BENJAMIN WEAVER) | 32,500.00 | 0.00 | | 0.00 | 32,000.00 |
| 6 | 1038 WINSTON ROAD, COLUMBUS, GA 31903 (JOINT WITH BENJAMIN WEAVER; SURRENDER) | 1,855.00 | 1,855.00 | | 0.00 | 1,855.00 |
| 7 | 9 BLEEKER ROAD, PHENIX CITY, AL 36870 (ASSIGNMENT OF BENEFICIAL INTEREST IN TRUST; TENANT HAS A LEASE OPTION TO PURCHASE) | 13,029.00 | 13,029.00 | | 0.00 | 13,029.00 |
| 8 | CHECKING AND SAVINGS ACCOUNTS | 1,636.00 | 0.00 | | 0.00 | FA |
| 9 | COUCH, BED, DRESSER, END TABLES, TABLE, REFRIGERATOR, MICROWAVE, STOVE, WASHER, DRYER, TV, VCR, TV STAND, VACUUM CLEANER, | 3,500.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

Case No.: 14-40297-JTLI
Case Name: CHAN, MATTHEW S.
For Period Ending: 06/19/2014

Trustee Name: (300030) Walter W. Kelley
Date Filed (f) or Converted (c): 03/28/2014 (f)
§ 341(a) Meeting Date: 04/24/2014
Claims Bar Date:

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| 11 | JEWELRY | 50.00 | 0.00 | | 0.00 | FA |
| 12 | BB&T IRA | 9,442.00 | 0.00 | | 0.00 | FA |
| 13 | TIAA CREF | 327.00 | 0.00 | | 0.00 | FA |
| 14 | INTREPID NETWORK CONCEPTS, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | AGUASTONE, LLC; HALF INTEREST ON NOTES RECEIVABLE (SECURED: ORLANDO MARCANO $6,500.00 TO AGUASTONE, LLC AND TWILLA BOOKER $9,500.00 TO AGUASTONE LLC) | 16,000.00 | 16,000.00 | | 0.00 | 16,000.00 |
| 16 | AGUASTONE, LLC; HALF INTEREST IN PERSONAL NOTES (UNSECURED: JACK POTTS $7,800.00 AND ET I7ABETH WEAVER $14,050.00) | 21,850.00 | 21,850.00 | | 0.00 | 21,000.00 |
| 17 | COPYRIGHTS, DOMAIN REGISTRATION AND WEB SITES | 532.00 | 532.00 | | 0.00 | FA |
| 18 | 2006 HONDA ACCORD LX V6 (NEEDS REPAIRS) | 6,500.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

Case No.: 14-40297-JTLI
Case Name: CHAN, MATTHEW S.
For Period Ending: 06/19/2014

Trustee Name: (300030) Walter W. Kelley
Date Filed (f) or Converted (c): 03/28/2014 (f)
§ 341(a) Meeting Date: 04/24/2014
Claims Bar Date:

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | TOOLS OF TRADE (2 desktop computers, 2 monitors, 2 scanners, bookselves, plastic organizers, office chairs, tables, parts to computers, microphones, tripods, presentation stands, padded envelopes, camcorder, carmeras, business books and manuals, | 940.00 | 940.00 | | 0.00 | FA |
| 20 | ELIZABETH WEAVER TRANSFER - 1201 Rowell St., Columbus, GA (u) | 16,000.00 | 16,000.00 | | 0.00 | 16,000.00 |
| 21 | ELIZABETH WEAVER TRANSFER - 1106 Vespa Drive, Columbus, GA (u) | 9,900.00 | 9,900.00 | | 0.00 | 9,900.00 |
| 21 | **Assets    Totals**   (Excluding unknown values) | **$238,136.00** | **$84,735.00** | | **$0.00** | **$161,784.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

Case No.: 14-40297-JTL
Case Name: CHAN, MATTHEW S.

For Period Ending: 06/19/2014

Trustee Name: (300030) Walter W. Kelley
Date Filed (f) or Converted (c): 03/28/2014 (f)
§ 341(a) Meeting Date: 04/24/2014
Claims Bar Date:

### Major Activities Affecting Case Closing:

2. 1032 Winston Road, Columbus, GA: verify note/security agreement/dsd are in proper form. An individual, Ms. Slaughter, is the mortgagee.

3. 3457 Montecello Drive, Columbus, GA: verify note/security agreement/dsd are in proper form. An individual, Ms. Slaughter, is the mortgagee.

4. 1112 Chalbena Ave., Columbus, GA: verify note/security agreement/dsd are in proper form. An individual, Ms. Chan (mother of debtor), is the mortgagee.

5. 1825 Pine Vat J, Columbus, GA. verify note/security agreement/dsd are in proper form. An individual, Ms. Chan, (mother of debtor), is the mortgagee.

6. 1038 Winston Road, Columbus, GA: No debt scheduled. Verify value and that lot is owned w/Mr. B. Weaver.

15. Aquastone, LLC; verify this LLC is owed 50% of notes receivable from Orlando Marcano for $6,500 and from Ms. Booker for $9,500. Ask Bill Arey for contact information to receive monthly payments.

16. Aquastone, LLC: 1/2 interest in notes due from Mr. Potts $7,800 and Ms. Weaver $14,050. Contact Bill Arey for contact information and copies of underlying loan documents including notes referred to in petition.

19. TRANSFER to Elizabeth Weaver 1/1/13 of r/e at 1201 Rowell Street, Columbus, GA. Possible equity $16,000.

20 TRANSFER to Elizabeth Weaver 1106 Vesper Drive, Columbus, GA. Possible equity $9,900.

Initial Projected Date Of Final Report (TFR): 04/24/2016

06/19/2014
Date

Current Projected Date Of Final Report (TFR): 04/24/2016

/s/ Walter W. Kelley
Walter W. Kelley

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| CHAN, MATTHEW S. | : | NO. 14-40297 |
| | : | |
| Debtor(s) | : | CHAPTER 7 |
| | : | |

## DECLARATION

I, WALTER W. KELLEY, hereby declare:

(1)     That I am an attorney duly admitted to practice before all Courts of the State of Georgia, as well as this Court, the Court of Appeals for the Eleventh Circuit and the United States Supreme Court.

(2)     I am a member of the law firm of Kelley, Lovett, & Blakey, P.C.

(3)     The law firm of Kelley, Lovett, & Blakey, P.C. has experience in bankruptcy, insolvency, reorganization, and debtor/creditor law. Said firm is qualified to represent the Trustee in this case, and is willing to accept employment on the basis set forth in the Application for Approval of Employment of Attorney.

(4)     Kelley, Lovett, & Blakey, P.C. does not hold any interest adverse to the above-entitled estate, and is a disinterested party as defined in 11 U.S.C. §101(14).

(5)     To the best of my knowledge, neither I nor any member of my firm have any connections with the debtor, the creditors, any other interested party, their attorneys, accountants, the United States Trustee, or any person employed in the Office of the United States Trustee except as follows: **Mr. Kelley serves on the Panel of Chapter 7 Trustees in the Middle District of Georgia. Mr. Kelley also serves as the Standing Chapter 12 Trustee for the Middle District of Georgia (1986) and for the Northern District of Florida (1990).**

(6) I declare under penalty of perjury that the foregoing is true and correct.

This, the 19 day of June 20 14.

/s/ Walter W. Kelley
Walter W. Kelley
Chapter 7 Trustee
P.O. Box 70879
Albany, GA 31708
(229) 888-9128

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| | : | |
| CHAN, MATTHEW S. | : | NO. 14-40297 |
| | : | |
| Debtor(s) | : | CHAPTER 7 |
| | : | |

### CERTIFICATE OF SERVICE

I hereby certify that the following parties have been served with the Application for Approval of Employment of Attorney. Those not served by electronic means by the court's electronic filing system were served by either e-mail or by United States Mail.

MATTHEW S. CHAN
P.O. BOX 6865
COLUMBUS, GA 31917

WILLIAM H. AREY
P.O. BOX 8641
COLUMBUS, GA 31908
ATTORNEY FOR DEBTOR(S)
warey@aol.com

ELIZABETH A. HARDY
ASST. U. S. TRUSTEE
Ustp.region21.mc.ecf@usdoj.gov

This, the 19 day of June 20 14.

/s/ Walter W. Kelley
**WALTER W. KELLEY**
Kelley, Lovett, & Blakey, P.C.
P.O. Box 70879
Albany, GA 31708
(229) 888-9128