

**SO ORDERED.**

**SIGNED this 19 day of June, 2014.**

_____
John T. Laney, III
**Chief United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

In re:                                         :    **BANKRUPTCY CASE**
                                               :
**CHAN, MATTHEW S.**                           :    **NO. 14-40297**
                                               :
      **Debtor(s)**                            :    **CHAPTER 7**
                                               :

### ORDER GRANTING APPLICATION FOR APPROVAL
### OF EMPLOYMENT OF PROFESSIONALS

WALTER W. KELLEY, Trustee, filed an application to employ the law firm of Kelley, Lovett, & Blakey, P.C. to represent the Trustee in this case. The application stated that Walter W. Kelley, Thomas D. Lovett, F. Anthony Blakey, Charles F. Farrell, Jr., Shanna C. Aderhold and David S. Ballard are attorneys authorized to practice before this Court, are qualified to represent the Trustee and do not have any interest adverse to the estate and are disinterested persons within the meaning of 11 U.S.C. §101(14). Therefore, it is

**ORDERED** that the law firm of Kelley, Lovett, & Blakey, P.C. is authorized to serve as the attorney for the Trustee in this case. The compensation of the attorneys shall either be on a contingent fee or hourly rate basis plus reimbursement of expenses, as requested by the attorneys at the time of an application for compensation, in the manner described in the Trustee's application for approval of employment and as approved by the Court. The U. S. Trustee has 21 days from the entry of this order to file an objection to the employment of Kelley, Lovett & Blakey as attorney for the Trustee.

**END OF DOCUMENT**

THIS DOCUMENT PREPARED BY:
WALTER W. KELLEY
Kelley, Lovett, & Blakey, P.C.
P.O. Box 70879
Albany, GA 31708
(229) 888-9128