**SO ORDERED.**

**SIGNED this 19 day of June, 2014.**



_____
John T. Laney, III
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In re: | : BANKRUPTCY CASE |
| CHAN, MATTHEW S. | : NO. 14-40297 |
| Debtor(s) | : CHAPTER 7 |

**ORDER GRANTING TRUSTEE'S MOTION FOR PRODUCTION OF DOCUMENTS UNDER RULE 2004**

The Trustee filed a motion under Bankruptcy Rule 2004 to obtain documents and records relating to the Debtor's(s') financial affairs. For good cause shown it is hereby

ORDERED that the Trustee may obtain documents and records from the Debtor(s), from creditors and from third parties who have custody of records relating to the Debtor's(s') financial affairs. These documents include the Debtor's(s') bank and financial account statements, deposit records, cancelled checks, records of the Debtor's(s') payments to creditors, credit card applications, promissory notes, loan documents, security agreements, security deeds, financing statements, loan/credit applications, appraisals of the Debtor's(s') property, credit reports, motor vehicle records and other records describing the Debtor's(s') financial affairs. It is further

ORDERED that the production of such documents may be compelled by the Trustee, if necessary, under Bankruptcy Rule 2004(c), at a time and place as designated by the Trustee or as agreed upon by the party from whom the documents are sought. It is further

ORDERED that documents to be obtained by subpoena shall designate the documents and entity or person who is to produce the documents. A copy of the subpoena shall be served on the Debtor(s) and Debtor's(s) attorney. Any objection to the subpoena by the Debtor(s) shall be filed within 10 days of service of the subpoena.

ORDERED that the terms of this order do not serve to compel the attendance of an entity, other than the debtor in this case, with the production of documentary evidence as such attendance or production may only be compelled by subpoena in the manner provided in FRBP 9016.

**END OF DOCUMENT**

THIS DOCUMENT PREPARED BY:
Walter W. Kelley, Chapter 7 Trustee
P.O. Box 70879
Albany, GA 31708
(229) 888-9128