# United States Bankruptcy Court

## Middle District of Georgia

Date: 5/7/15

In re:

   Matthew S. Chan
   P.O. Box 6865
   Columbus, GA 31917–0000

Debtor(s)

Case No. 14–40297 jtl

Chapter 7

Re: Doc 11; Trustee's Report of Possible Assets in a Chapter 7 Case filed by Walter W. Kelley – Ch 7 (Kelley – Ch 7, Walter)

Dear Mr. Kelley,

Please give the Court and update concerning the status of this case.

Thank you for your assistance in this matter.

Sincerely,

Mary L. Bryan

Deputy Clerk
United States Bankruptcy Court

(478) 749–6811