FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 14-40297 | | | Trustee Name: | Walter W. Kelley |
| Case Name: | CHAN, MATTHEW S. | | | Date Filed (f) or Converted (c): | 03/28/2014 (f) |
| For the Period Ending: | 03/31/2015 | | | §341(a) Meeting Date: | 04/24/2014 |
| | | | | Claims Bar Date: | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 106 BARBER ROAD, MARIETTA, GA 30060 (needs repairs) | $50,000.00 | $4,629.00 | | $0.00 | FA |
| 2 | 1032 WINSTON ROAD, COLUMBUS, GA 31903 (JOINT WITH BENJAMIN WEAVER; SURRENDER) | $16,978.50 | $0.00 | | $0.00 | FA |
| 3 | 3457 MONTECELLO DRIVE, COLUMBUS, GA 31906 (JOINT WITH BENJAMIN WEAVER; SURRENDER) | $20,446.50 | $0.00 | | $0.00 | FA |
| 4 | 1112 CHALBENA AVENUE, COLUMBUS, GA 31907 (JOINT WITH BENJAMIN WEAVER) | $16,250.00 | $0.00 | | $0.00 | FA |
| 5 | 1825 PINE VAT J :FY COURT, COLUMBUS, GA (JOINT WITH BENJAMIN WEAVER) | $32,500.00 | $0.00 | | $0.00 | FA |
| 6 | 1038 WINSTON ROAD, COLUMBUS, GA 31903 (JOINT WITH BENJAMIN WEAVER; SURRENDER) | $1,855.00 | $1,855.00 | | $0.00 | FA |
| 7 | 9 BLEEKER ROAD, PHENIX CITY, AL 36870 (ASSIGNMENT OF BENEFICIAL INTEREST IN TRUST; TENANT HAS A LEASE OPTION TO PURCHASE) | $13,029.00 | $13,029.00 | | $0.00 | FA |
| 8 | CHECKING AND SAVINGS ACCOUNTS | $1,636.00 | $0.00 | | $0.00 | FA |
| 9 | COUCH, BED, DRESSER, END TABLES, TABLE, REFRIGERATOR, MICROWAVE, STOVE, WASHER, DRYER, TV, VCR, TV STAND, VACUUM CLEANER, | $3,500.00 | $0.00 | | $0.00 | FA |
| 10 | WEARING APPAREL | $400.00 | $0.00 | | $0.00 | FA |
| 11 | JEWELRY | $50.00 | $0.00 | | $0.00 | FA |
| 12 | BB&T IRA | $9,442.00 | $0.00 | | $0.00 | FA |
| 13 | TIAA CREF | $327.00 | $0.00 | | $0.00 | FA |
| 14 | INTREPID NETWORK CONCEPTS, INC. | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2

| Case No.: | 14-40297 | Trustee Name: | Walter W. Kelley |
|---|---|---|---|
| Case Name: | CHAN, MATTHEW S. | Date Filed (f) or Converted (c): | 03/28/2014 (f) |
| For the Period Ending: | 03/31/2015 | §341(a) Meeting Date: | 04/24/2014 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | AGUASTONE, LLC; HALF INTEREST ON NOTES RECEIVABLE (SECURED: ORLANDO MARCANO $6,500.00 TO AGUASTONE, LLC AND TWILLA BOOKER $9,500.00 TO AGUASTONE LLC) | $16,000.00 | $16,000.00 | | $0.00 | $16,000.00 |
| | Asset Notes: | | | | | |
| 16 | AGUASTONE, LLC; HALF INTEREST IN PERSONAL NOTES (UNSECURED: JACK POTTS $7,800.00 AND ET I7ABETH WEAVER $14,050.00) | $21,850.00 | $21,850.00 | | $0.00 | $21,850.00 |
| | Asset Notes: | | | | | |
| 17 | COPYRIGHTS, DOMAIN REGISTRATION AND WEB SITES | $532.00 | $532.00 | | $0.00 | FA |
| 18 | 2006 HONDA ACCORD LX V6 (NEEDS REPAIRS) | $6,500.00 | $0.00 | | $0.00 | FA |
| 19 | TOOLS OF TRADE (2 desktop computers, 2 monitors, 2 scanners, bookselves, plastic organizers, office chairs, tables, parts to computers, microphones, tripods, presentation stands, padded envelopes, camcorder, carmeras, business books and manuals, | $940.00 | $940.00 | | $0.00 | FA |
| 20 | ELIZABETH WEAVER TRANSFER - 1201 Rowell St., Columbus, GA  (u) | $16,000.00 | $16,000.00 | | $0.00 | FA |
| 21 | ELIZABETH WEAVER TRANSFER - 1106 Vespa Drive, Columbus, GA  (u) | $9,900.00 | $9,900.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

|  |  |  |  | **Gross Value of Remaining Asset** |
|---|---|---|---|---|
| $238,136.00 | $84,735.00 | | $0.00 | $37,850.00 |

**Major Activities affecting case closing:**

03/31/2015    Trustee to file AP to recover Aquastone accounts receivable

FORM

Page No: 3

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 14-40297 | | | Trustee Name: | Walter W. Kelley |
| Case Name: | CHAN, MATTHEW S. | | | Date Filed (f) or Converted (c): | 03/28/2014 (f) |
| For the Period Ending: | 03/31/2015 | | | §341(a) Meeting Date: | 04/24/2014 |
| | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

2. 1032 Winston Road, Columbus, GA: verify note/security agreement/dsd are in proper form. An individual, Ms. Slaughter, is the mortgagee.

3. 3457 Montecello Drive, Columbus, GA: verify note/security agreement/dsd are in proper form. An individual, Ms. Slaughter, is the mortgagee.

4. 1112 Chalbena Ave., Columbus, GA: verify note/security agreement/dsd are in proper form. An individual, Ms. Chan (mother of debtor), is the mortgagee.

5. 1825 Pine Vat J, Columbus, GA. verify note/security agreement/dsd are in proper form. An individual, Ms. Chan, (mother of debtor), is the mortgagee.

6. 1038 Winston Road, Columbus, GA: No debt scheduled. Verify value and that lot is owned w/Mr. B. Weaver.

15. Aquastone, LLC; verify this LLC is owed 50% of notes receivable from Orlando Marcano for $6,500 and from Ms. Booker for $9,500. Ask Bill Arey for contact information to receive monthly payments.

16. Aquastone, LLC: 1/2 interest in notes due from Mr. Potts $7,800 and Ms. Weaver $14, 050. Contact Bill Arey for contact information and copies of underlying loan documents including notes referred to in petition.

19. TRANSFER to Elizabeth Weaver 1/1/13 of r/e at 1201 Rowell Street, Columbus, GA. Possible equity $16,000.

| | **SUBTOTALS** | $0.00 | $0.00 |
|---|---|---|---|

FORM 2
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 14-40297 | | | Trustee Name: | Walter W. Kelley |
| Case Name: | CHAN, MATTHEW S. | | | Date Filed (f) or Converted (c): | 03/28/2014 (f) |
| For the Period Ending: | 03/31/2015 | | | §341(a) Meeting Date: | 04/24/2014 |
| | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |

20  TRANSFER to Elizabeth Weaver 1106 Vesper Drive, Columbus, GA.  Possible equity $9,900.

| **Initial Projected Date Of Final Report (TFR):** | 04/24/2016 | **Current Projected Date Of Final Report (TFR):** | 04/24/2016 | /s/ WALTER W. KELLEY |
| | | | | WALTER W. KELLEY |